## LOUIS F. KILHAM III *v.* JOAN A. KILHAM (14461)

Dupont, C. J., and Spear and Hennessy, Js.

Submitted on briefs February 13—decision released March 12, 1996

*Robert H. Weinstein* and *Daniel H. Cohan* filed a brief for the appellant (plaintiff).

*Margaret A. Waldron* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.